## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CARL LANE,                          )
                                    )
          Plaintiff,                )
                                    )
          v.                        )    Civil Action No. 05-1046
                                    )    Chief Judge Ambrose
TARA RUSH, et al.,                  )    Magistrate Judge Caiazza
                                    )
                                    )
          Defendants.               )

### ORDER

IT IS HEREBY ORDERED that the Plaintiff shall provide proper instructions for service upon **each** Defendant, along with a completed notice and waiver of summons, to the Clerk of Court, for the Western District of Pennsylvania, on or before September 8, 2005.


August 24, 2005          s/Francis X. Caiazza
                         FRANCIS X. CAIAZZA
                         UNITED STATES MAGISTRATE JUDGE


cc:
Carl Lane, AS-1293
SCI Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112