IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CARL LANE,
    Plaintiff,

v.

TARA RUSH,
    Defendant.

Civil Action No. 05-1046

**FILED**
JAN 1 8 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVAN!

## MOTION FOR VOLUNTARY DISMISSAL

AND NOW, come the pro-se Plaintiff, Carl Lane, moving pursuant to Rule 41(a)(1), Fed. R. Civ. P. for voluntary dismissal of all claims in this action against Tara Rush.

Respectfully submitted,

_Carl Lane_
Carl Lane
Plaintiff, Pro se

Date: January 17, 2007

Granted
Donetta W. Ambrose
1/19/07